UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FREDERICK PERKINS,

    Petitioner,                                     Civil Action No. 17-CV-12413

v.                                                        HON. BERNARD A. FRIEDMAN

BONITA HOFFNER,

    Respondent.

_____/

## OPINION AND ORDER DENYING PETITIONER'S MOTION FOR RECONSIDERATION

This matter is before the Court on petitioner's motion for reconsideration of the Court's August 2, 2017, Opinion and Order Denying Petitioner's Motion to Stay [docket entry 8]. Respondent has not responded. But because the Court can decide this motion without a response, pursuant to E.D. Mich. LR 7.1(f)(2), the Court shall now decide it without a hearing.

In its August 2017 order, the Court reasoned: "Petitioner has not disclosed what claims he is raising in [his post-conviction] proceeding, and so he has not demonstrated that the claims are not 'plainly meritless' under *Rhines*. In short, petitioner's motion does not contain enough information to state a sufficient basis for staying the case."

Petitioner's motion for reconsideration does not at all remedy this defect. The Court has not been shown that its original order erred. Accordingly,

IT IS ORDERED that petitioner's motion for reconsideration is denied.

                                                   s/Bernard A. Friedman
                                                 BERNARD A. FRIEDMAN
                                                 SENIOR UNITED STATES DISTRICT JUDGE

Dated: September 13, 2017
       Detroit, Michigan

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S Mail addresses disclosed on the Notice of Electronic filing on September 13, 2017.

                                            s/Teresa McGovern
                                            Case Manager Generalist